IN THE UNITED STATES DISTRICT COURT
Middle District of Georgia
Albany Division

| | | |
|---|---|---|
| BERKLEY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. FENNESSY; and KENNETH LEE EVERETT JR., individually and as administrator of the Estate of Elizabeth Brooks Nettum, Deceased,<br><br>Defendants. | ) | CIVIL ACTION<br><br>FILE NO. 1:25-cv-00174-WLS |

**JOINT STIPULATION OF DISMISSAL OF**
**DEFENDANT KENNETH LEE EVERETT WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the claims in the above-entitled action between Plaintiff Berkley Insurance Company, and Defendant Kenneth Lee Everett Jr., individually and as administrator of the Estate of Elizabeth Brooks Nettum, Deceased, are hereby dismissed with prejudice and without costs to either party as against the other.

This 29th day of October, 2026.

STRAWINSKI & STOUT, P.C.

By: */s/ Nicole Wolfe Stout*
NICOLE WOLFE STOUT
Georgia Bar No. 773370
ELISE FELDER WILSON
Georgia Bar No. 955313
Attorneys for Plaintiff

Centrum at Glenridge
780 Johnson Ferry Road, NE
Suite 230
Atlanta, Georgia 30342
Phone: (404) 264-9955
Fax: (404) 264-1450
nws@strawlaw.com
efw@strawlaw.com

CONN LAW, LLC

By: */s/ Andrew J. Conn*
ANDREW J. CONN
Georgia Bar No. 732541
*(By Nicole Wolfe Stout with expressed permission)*
Attorney for Defendant Kenneth Lee Everett, Jr., individually and as administer of the Estate of Elizabeth Brooks Nettum, Deceased

Post Office Box 8031
Savanah, Georgia 31412
Phone: (912) 373-8642
Fax: (912) 210-5170
andy@connlawfirm.com

This is to certify that the foregoing pleading was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C).

By: */s/ Nicole Wolfe Stout*
Nicole Wolfe Stout

SO ORDERED this 2nd day
of November, 2026.
W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court